| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>DLOTT, SUSAN J. | 2. Court or Organization<br><br>US SOUTHERN DISTRICT OF OHIO | 3. Date of Report<br><br>4/9/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US CHIEF DIST JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE, ROOM 227<br>100 EAST FIFTH STREET<br>CINCINNATI, OHIO 45202 |
|---|

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-PERSONAL REPRESENTATIVE | ▓▓▓▓▓ ESTATE |
| 2. | EXECUTOR | ▓▓▓▓▓ ESTATE |
| 3. | GENERAL MANAGER | MILFORD ONE, LLC |
| 4. | BOARD MEMBER AND EXECUTIVE COMMITTEE MEMBER | YWCA |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DLOTT, SUSAN J.** | 4/9/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BOND-GREEN OHIO INCOME TAX REV COMM. LEARNING CENTER | D | Interest | | | Sold | 08/21/13 | M | | |
| 2. BOND - MIAMI UNIVERSITY OHIO GENERAL RECEIPTS REVENUE 2.0% | C | Interest | M | T | | | | | |
| 3. ACCENTURE PLC - Johnson Investments accnt | A | Dividend | K | T | | | | | |
| 4. BOND - KENTUCKY RURAL WATER FINANCING CORP 4.00% | D | Interest | M | T | | | | | |
| 5. BOND - KENTUCKY ASSOC. OF COUNTIES FINANCING 4.250% | D | Interest | N | T | | | | | |
| 6. ORACLE CORPORATION - Johnson Investments accnt | A | Dividend | L | T | | | | | |
| 7. E VANCE INC FUND OF BOSTON - Johnson Investments accnt | C | Dividend | L | T | | | | | |
| 8. CASH held in custodian at Johnson Invenstments ( | | None | J | T | | | | | |
| 9. CASH held in custodian at Johnson Investements | | None | K | T | | | | | |
| 10. Womens capital club partnership (2.5% onwership) | | None | K | W | | | | | |
| 11. TORTOISE MLP & PIPELINE - Johnson Investments accnt | B | Dividend | L | T | Buy (add'l) | 04/17/13 | K | | |
| 12. EXPRESS SCRIPTS HOLDINGS COMPANY - Johnson investments acct. | | None | J | T | Buy | 02/13/13 | J | | |
| 13. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | K | T | | | | | |
| 14. BOND - PORTAGE COUNTY OHIO GENERAL OBLIGATION LTD 4.00% | D | Interest | N | T | | | | | |
| 15. AIR PRODUCTS AND CHEMICALS - Johnson Investments accnt | B | Dividend | L | T | | | | | |
| 16. CHEVRON CORP - Johnson Investments accnt | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. MICROSOFT CORP - Johnson Investments accnt | B | Dividend | L | T | | | | | |
| 18. PEPSICO INC - Johnson Investements accnt | C | Dividend | L | T | | | | | |
| 19. JOHNSON FIXED INCOME FUND - Johnson Investments accnt | D | Dividend | N | T | | | | | |
| 20. BHP BILLITON LTD ADR - Johnson Investments accnt | A | Dividend | | | Sold | 04/16/13 | J | | |
| 21. CONOCOPHILLIPS - Johnson Investments accnt | C | Dividend | L | T | | | | | |
| 22. VERA BRADLEY INC VRA - WF acct | | None | K | T | Buy | 01/10/13 | K | | |
| 23. PROCTER & GAMBLE CO - Johnson Investments accnt | D | Dividend | M | T | | | | | |
| 24. CISCO SYSTEMS - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 25. QUALCOMM, INC. - Johnson Investments accnt | B | Dividend | L | T | | | | | |
| 26. LEGG MASON, INC. - Johnson Investments acct | A | Dividend | J | T | Buy | 02/13/13 | J | | |
| 27. EXXON MOBIL CORPORATION - Johnson Investments accnt | C | Dividend | M | T | | | | | |
| 28. JOHNSON & JOHNSON - Johnson Investments accnt | C | Dividend | M | T | | | | | |
| 29. BECTON, DICKSON AND COMPANY - Johnson Investments accnt | B | Dividend | L | T | | | | | |
| 30. IDEX - Johnson Investments accnt | A | Dividend | L | T | | | | | |
| 31. GAHANNA OHIO GEN 5.0% DUE 12/1/18 DATED 9/1/05 | D | Interest | M | T | | | | | |
| 32. OWENS & MINOR INC HOLDING COMPANY - Johnson Investment | B | Dividend | L | T | | | | | |
| 33. MENTOR OHIO GEN 5.0% DUE 12/1/15 DATED 10/1/05 | C | Interest | | | Sold | 07/19/13 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. PHILLIPS 66 - Johnson Investments accnt | A | Dividend | L | T | Buy (add'l) | 08/26/13 | K | | |
| 35. MARSH & MCLENNAN COMPANIES, INC - Johnson acct | A | Dividend | J | T | Buy | 02/13/13 | J | | |
| 36. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | C | Interest | K | T | Sold (part) | 06/03/13 | K | | |
| 37. AON PLC - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 38. PICKERINGTON OHIO LOCAL SCHOOL, 4.125%, DUE 12/1/16 | C | Interest | L | T | | | | | |
| 39. APPLE INC - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 40. 3M COMPANY SHARES - Johnson Investments accnt | B | Dividend | L | T | | | | | |
| 41. CINCINNATI FINANCIAL CORP SHARES - Johnson Investments accnt | B | Dividend | L | T | | | | | |
| 42. DOMINION RESOURCES SHARES - Johnson Investments accnt | C | Dividend | M | T | | | | | |
| 43. EMERSON ELECTRIC COMPANY- Johnson Investments accnt | B | Dividend | L | T | | | | | |
| 44. THORNBURG INTERNATIONAL VAL- Johnson Investments accnt | A | Dividend | L | T | Sold (part) | 06/26/13 | K | B | |
| 45. JOHNSON CONTROLS - Johnson Investments accnt | A | Dividend | | | Sold | 09/18/13 | K | D | |
| 46. NORFOLK SOUTHERN CORPORATION - Johnson investments acct | A | Dividend | J | T | Buy | 06/20/13 | J | | |
| 47. BAKER HUGHES, INCORPORATED - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 48. BOND - STATE OF OHIO BLDG AUTH REV,5%, DUE 10/1/17 | D | Interest | M | T | | | | | |
| 49. LINEAR TECHNOLOGY CORP - Johnson Investments accnt | A | Dividend | K | T | | | | | |
| 50. OHIO MUNI ELECTRIC GENERATION AGENCY REV CALLABLE 2-15-14 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. ROYAL DUTCH SHELL PLC - Johnson Investments accnt | C | Dividend | L | T | Buy (add'l) | 02/13/13 | K | | |
| 52. ONEOK, INC. - Johnson Investments accnt | A | Dividend | J | T | Buy | 05/21/13 | J | | |
| 53. RYDEX SER FDS BIOTECHNOLOGY FD INVS CL RYOIX - WF acct | | None | K | T | Buy | 04/12/13 | K | | |
| 54. NESTLE A SPONSORED ADR - Johnson Investments accnt | B | Dividend | K | T | | | | | |
| 55. FUEL SYSTEMS SOLUTIONS INC - Wells Fargo acct | | None | | | Sold | 06/13/13 | J | | |
| 56. PHILLIPS 66 - Johnson investments | A | Dividend | J | T | Buy | 06/26/13 | J | | |
| 57. RENAISSANCERE HOLDINGS LIMITED - Johnson investments | A | Dividend | J | T | Buy | 08/14/13 | J | | |
| 58. SAP AG - SPONSORED ADR - Johnson investments | | None | J | T | Buy | 08/14/13 | J | | |
| 59. GS FINL SQ MMKT INSTL - Wells Fargo acct (line 138) | | None | | | Sold (part) | 02/19/13 | J | | |
| 60. PETROLEO BRASILEIRO - SA - Wells Fargo acct | A | Dividend | J | T | | | | | |
| 61. POLO RALPH LAUREN CORP - Wells Fargo acct | A | Dividend | L | T | | | | | |
| 62. TATA MOTORS LTD - SPNS ADR - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 63. GREATER CLEVELAND OHIO REGIONAL TRANSPORTATION AUTHORITY GNE | D | Interest | M | T | | | | | |
| 64. MASON OHIO GEN 4% DUE 12/021/20 | D | Interest | M | T | | | | | |
| 65. NORTH OLMSTED OHIO GEN. 5.250% DUE 12/1/20 | D | Interest | M | T | | | | | |
| 66. OHIO STATE HOUSING FINANCE AGENCY REV 3.7% DUE 12/1/16 | A | Interest | | | Sold (part) | 03/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/9/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. HOSPITALITY PROPERTIES REIT TRUST - Wells Fargo acct | A | Dividend | J | T | | | | | |
| 68. MARVELL TECHNOLOGY GROUP LTD - Wells Fargo acct | A | Dividend | | | Sold | 06/13/13 | K | | |
| 69. MASCO CORP - Wells Fargo acct | A | Dividend | | | Sold | 06/13/13 | J | C | |
| 70. BEAVERCREEK OHIO CITY SCHOOL DISTRICT 4.75% | D | Interest | M | T | | | | | |
| 71. DUBLIN OHIO CITY SCHOOL DISTRICT FAC. 4.0% | D | Interest | M | T | | | | | |
| 72. KENTON CTY. KY SCHOOL DISTRICT FINANCE 4.5% | D | Interest | M | T | | | | | |
| 73. KENTUCKY STATE PROP AND BLDG. COMMISSION 5.0% | D | Interest | | | Matured | 11/01/13 | M | | |
| 74. GS FINL SQ MMKT INSTL - Wells Fargo acct (line 138) | | None | | | Sold | 02/20/13 | L | | |
| 75. WALGREEN COMPANY - Johnson Investments acct | B | Dividend | L | T | | | | | |
| 76. DANAHER CORPORATION - Johnson Investments acct | A | Dividend | J | T | | | | | |
| 77. VALLEY FORGE COMPOSITE TECHNOLOGY - Wells Fargo acct | | None | J | T | | | | | |
| 78. NEXTERA ENERGY INC - Wells Fargo acct | A | Dividend | | | Sold | 06/13/13 | K | D | |
| 79. EMC CORPORATION - Johnson Investments acct | A | Dividend | J | T | | | | | |
| 80. UNIVERSITY OF TOLEDO OHIO REV 5.00% due 6/1/26 Johnson inv acct | B | Interest | M | T | Buy | 08/21/13 | M | | |
| 81. POTASH CORP OF SASKATCH, INC - Johnson Investment acct | A | Dividend | J | T | | | | | |
| 82. PEPSICO INCORPORATED - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 83. NOVARTIS - Wells Fargo acct | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. JOHNSON & JOHNSON - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 85. PIMCO COMMODITY REAL RETURN STRAT FD - ML acct ____ (X) | A | Dividend | K | T | | | | | |
| 86. PROLOGIS INC - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 87. ALLERGAN INC - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 88. HILL-ROM HOLDINGS INC. - Johnson Investments accnt | | None | | | Sold | 02/19/13 | J | A | |
| 89. CASH MERRILL LYNCH ( ____ ) | A | Interest | L | T | | | | | |
| 90. APPLE INC - Wells Fargo acct | C | Dividend | L | T | Sold (part) | 06/13/13 | L | E | |
| 91. MARSH & MCLENNAN COMPANIES, INC. - Johnson acct | A | Dividend | L | T | Buy | 04/17/13 | K | | |
| 92. VANGUARD 500 INDEX FD ADMIRAL SHS - WF ____ (Line 162) | | None | | | Sold (part) | 04/12/13 | K | B | |
| 93. DANAHER CORPORATION - Johnson acct | A | Dividend | L | T | Buy | 02/13/13 | L | | |
| 94. DOVER CORPORATION - Johnson acct | A | Dividend | L | T | Buy | 03/11/13 | K | | |
| 95. VANGUARD 500 INDEX FD ADMIRAL SHS - WF ____ (Line 162) | | None | | | Sold (part) | 09/10/13 | J | B | |
| 96. ORACLE CORPORATION - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 97. PRICELINE.COM INC - Johnson Investments accnt | | None | J | T | | | | | |
| 98. NYSE EURONEXT - Wells Fargo acct | | None | | | Sold | 01/22/13 | K | D | |
| 99. PETMED EXPRESS INC - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 100. CISCO SYSTEMS, INC. - Johnson Investments acct | A | Dividend | K | T | Buy | 04/17/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/9/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. THORNBURG INTL VALUE- Johnson Investments accnt | A | Dividend | K | T | | | | | |
| 102. SUNCOR ENERGY INC - Wells Fargo acct | A | Dividend | | | Sold | 04/12/13 | K | D | |
| 103. AT&T INC. - Wells Fargo acct | B | Dividend | K | T | | | | | |
| 104. FEDERATED OHIO MUNICIPAL CASH TRUST | A | Interest | | | | | | | |
| 105. WISDOMTREE EMERGING MARKETS SMALL CAP DIVIDEND FUND - Johnson | B | Dividend | K | T | Buy | 05/07/13 | L | | |
| 106. NORFOLK SOUTHERN CORP. - Johnson Investments accnt | A | Dividend | K | T | | | | | |
| 107. GENERAL ELECTRIC COMPANY - ML acct | A | Interest | | | Matured | 02/01/13 | J | | |
| 108. NATIONAL POWER CORP - ML acct | A | Interest | J | T | | | | | |
| 109. PROCTER & GAMBLE CO - Johnson Invenstments accnt | A | Dividend | J | T | | | | | |
| 110. DOMINION RESOURCES - Johnson Investments accnt | | None | | | Sold | 02/13/13 | J | C | |
| 111. EMERSON ELECTRIC CO- Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 112. MICROSOFT CORPORATION - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 113. NESTLE S A SPONSORED ADR - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 114. ONEOK, INC. - Johnson investments | A | Dividend | K | T | Buy | 05/07/13 | K | | |
| 115. MILFORD ONE, LLC - RENTAL PPTY MILFORD, OH | | None | M | W | | | | | |
| 116. NORTHWESTERN WHOLE LIFE POLICY 15791666 | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. NORTHWESTERN WHOLE LIFE POLICY 11949851 | | None | | | | | | | |
| 118. CASH WELLS FARGO (          ) | A | Interest | K | T | | | | | |
| 119. COLORADO ST HIGHER ED CAPITAL CONST. - 5% CERTIFICATES | D | Interest | N | T | | | | | |
| 120. QUALCOMM, INC. - Johnson Investments acent | A | Dividend | J | T | Buy (add'l) | 06/26/13 | J | | |
| 121. ROYAL DUTCH SHELL - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 122. UNION PACIFIC CORPORATION - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 123. WALT DISNEY CORPORATION - Johnson Investments accnt | | None | J | T | | | | | |
| 124. CVS CORPORATION - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 125. JOHNSON CONTROLS INC. - Johnson Investments accnt | A | Dividend | | | Sold | 09/18/13 | J | B | |
| 126. FLAHERTY & CRUMRINE / CLAYMORE PFD SEC INC FD - ML acct | B | Dividend | J | T | | | | | |
| 127. TORTOISE MLP & PIPELINE - Johnson Investments accnt | A | Dividend | J | T | | | | | |
| 128. CHEVRON CORP - Johnson Investments accnt | B | Dividend | L | T | | | | | |
| 129. HARTFORD CAP APPREC FD C - ML acct          (X) | D | Dividend | M | T | | | | | |
| 130. CSX CORP - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 131. GOOGLE INC CL A - Wells Fargo acct | | None | K | T | | | | | |
| 132. LULULEMON ATHLETICA INC - Wells Fargo acct | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 133. F5 NETWORKS - Johnson Investments acct | | None | J | T | | | | | |
| 134. SODASTREAM INTERNATIONAL LTD - Wells Fargo acct | | None | J | T | Sold (part) | 06/13/13 | K | D | |
| 135. WELLPOINT INC - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 136. GENERAL MILLS INC - Wells Fargo acct | A | Dividend | K | T | | | | | |
| 137. APPLE INC - Johnson Investments acct | B | Dividend | K | T | Buy (add'l) | 02/13/13 | K | | |
| 138. GS FINL SQ MMKT INSTL - Wells Fargo acct | A | Dividend | | | Sold (part) | 01/11/13 | K | | |
| 139. OHIO STATE HOUSING FINANCE AGENCY REV 3.7% DUE 12/1/16 | | None | | | Sold | 09/01/13 | K | | |
| 140. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | | None | | | Sold (part) | 09/03/13 | J | | |
| 141. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | | None | | | Sold (part) | 12/02/13 | J | | |
| 142. VANGUARD 500 INDEX FD ADMIRAL SHS - WF (Line 162) | | None | | | Sold (part) | 10/10/13 | K | D | |
| 143. ALLIANZGI CONV AND INCOME FD II - ML acct | B | Dividend | K | T | | | | | |
| 144. BLACKROCK HIGH INCOME - ML acct | A | Dividend | | | Sold | 11/19/13 | J | | |
| 145. BLACKROCK CORP HY FUND - ML acct | A | Dividend | | | Sold | 11/19/13 | J | | |
| 146. BLACKROCK GLOBAL ALLOCATION FUND INC C - ML acct (X) | D | Dividend | N | T | | | | | |
| 147. ASHLAND INC NEW ASH - WF acct # | A | Dividend | K | T | Buy | 01/29/13 | K | | |
| 148. GENERAL ELECTRIC COMPANY GE - WF acct | | None | K | T | Buy | 10/10/13 | K | | |
| 149. ISHARES ET MSCI USA ESG SELECT KLD - WF acct | A | Dividend | K | T | Buy | 10/10/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/9/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 150. UNDER ARMOR INC CLASS A UA - WF acct | | None | K | T | Buy | 04/12/13 | J | | |
| 151. INDIAN RIVER CNTY FL SCH BOND - ML (X) | A | Dividend | K | T | | | | | |
| 152. DELTA AIR LINES - ML (X) | A | Dividend | J | T | | | | | |
| 153. ALLIANCEBERNSTEIN NATION - ML (X) | A | Dividend | J | T | | | | | |
| 154. BLACKROCK MUNI INC - ML (X) | B | Dividend | K | T | | | | | |
| 155. DWS MUNICIPAL INCOME TR - ML (X) | A | Dividend | J | T | | | | | |
| 156. INVESCO MUNICIPAL - ML (X) | A | Dividend | J | T | | | | | |
| 157. INVESCO ADVANTAGE MUNICIP - ML (X) | A | Dividend | J | T | | | | | |
| 158. INVESCO MUNICIPAL TRUST - ML (X) | A | Dividend | J | T | | | | | |
| 159. NUVEEN DIV ADV MUNI - ML (X) | B | Dividend | L | T | | | | | |
| 160. NUVEEN INS DIV ADV MINI FUND - ML (X) | A | Dividend | J | T | | | | | |
| 161. BLACKROCK CORP HY FND IV - ML | A | Dividend | K | T | Buy | 11/19/13 | K | | |
| 162. VANGUARD 500 INDEX FD ADMIRAL SHS - WF | C | Dividend | N | T | Buy | 02/21/13 | J | | |
| 163. VANGUARD 500 INDEX FD ADMIRAL SHS - WF | | None | | | Buy (add'l) | 06/14/13 | M | | |
| 164. VANGUARD 500 INDEX FD ADMIRAL SHS - WF | | None | | | Buy (add'l) | 12/12/13 | L | | |
| 165. VANGUARD 500 INDEX FD ADMIRAL SHS - WF | | None | | | Buy (add'l) | 12/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 4/9/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII .
LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

ALL WOMEN'S CLUB INVESTMENTS ARE REPORTED AT THE AGGREGATE VALUE. JUDGE DLOTT OWNS 2.5%.

LINES 8, 9, 89, AND 118 ARE CASH ACCOUNTS HELD IN INVESTMENT ACCOUNTS FOR FUTURE PURCHASES.

DURING 2012, INVESTMENTS IN QUALCOMM OCCURRED WERE PURCHAED IN TWO SEPARATE TRANSACTIONS, AND THEREFORE, THOSE TWO SEPARATE PURCHASES WERE REPORTED ON TWO SEPARATE LINES WITHIN THE 2012 FDR (LINES 25 AND 26). WITHIN THE 2013 FDR, THESE INVESTMENTS IN QUALCOMM WERE COLLAPSED AND REPORTED ON LINE 25 ONLY.

OHIO HOUSING FINANCY AGENCY MORTGAGE ORIGINALLY REPORTED ON LINE 36 WAS CALLED ON SEVERAL DATES THROUGHOUT 2013 AS DISCLOSED ON LINES 36, 140, AND 141. THERE WAS NOT ENOUGH ROOM TO REPORT ALL OF THE 2013 ACTIVITY ON LINE 36 SINCE TRANSACTIONS OCCURED ON SEPARATE DATES DURING 2013, AND THEREFORE, LINES 140 AND 141 WERE ALSO USED.

OHIO STATE HOUSING FINANCE AGENCY ORIGINALLY REPORTED ON LINE 66 HAD A PORTION CALLED DURING THE YEAR PRIOR TO MATURING AS DISCLOSED ON LINES 66 AND 139. THERE WAS NOT ENOUGH ROOM TO REPORT ALL OF THE 2013 ACTIVITY ON LINE 66 SINCE TRANSACTIONS OCCURED ON SEPARATE DATES DURING 2013, AND THEREFORE, LINE 139 WAS ALSO USED.

DURING 2012, CAPITAL DISTRIBUTIONS WERE RECEIVED FROM JOHNSON FIXED INCOME FUND AND DISCLOSED ON LINE 92. THERE WERE ALSO DIVIDENDS FROM THESE HOLDINGS REPORTED AT LINE 19. FILING INSTRUCTIONS INDICATE CAPITAL GAINS ASSOCIATED WITH DISTRIBUTIONS SHOULD BE TREATED AND REPORTED AS DIVIDENDS IN COLUMN B. THEREFORE, WITHIN THE 2013 FDR, THE CAPITAL DISTRIBUTIONS AND DIVIDENDS WERE COLLAPSED AND REPORTED ON LINE 19 ONLY.

LINE 104 IS ADDITIONAL INTEREST RECEIVED DURING 2013 FOR SECURITIES THAT WERE HELD PRIOR TO 2013.

LINES 116 AND 117 REPRESENT TWO INSURANCE POLICIES THAT HAD CASH SURRENDER VALUE IN 2012. IN 2013, THE FMV OF THESE LIFE INSURANCE POLICIES WAS REDUCED TO $0 TO PAY OFF THE REMAINING PREMIUMS.

LINES 138, 59, AND 74 ARE ALL ASSOCIATED WITH GS FINL MMKT INSTL AND REPORT ALL 2013 ACTIVITY FOR THIS MONEY MARKT INVESTMENT. WITHIN THE 2012 FDR, ACTIVITY FOR THIS INVESTMENT WAS DISCLOSED ON LINES 138, 139, 140, 141, AND 142. THERE WAS NOT ENOUGH ROOM TO REPORT ALL OF THE 2013 ACTIVITY ON LINE 138 SINCE TRANSACTIONS OCCURED ON SEPARATE DATES DURING 2013, AND THEREFORE, LINES 59 AND 74 WERE ALSO USED.

LINE 143 WAS NAMED "AGIC CONV & INCOME FD II" BUT THE NAME WAS CHANGED TO "ALLIANZGI CONVE AND INCOME FUND II" DURING 2013. THE NAME DISCLOSED ON LINE 143 IN THE 2013 FDR, THEREFORE, HAS BEEN CHANGED TO REFLECT THE NEW NAME.

LINES 151, 152, 153, 154, 155, 156, 157, 158, 159 AND 160 WERE RECEIVED FROM A PARENT'S ESTATE DURING 2013. LINES 85, 129 AND 146 WERE DISCLOSED WITHIN THE 2012 FDR. DURING 2013, ADDITIONAL INVESTMENTS FOR LINES 85, 129 AND 146 WERE RECEIVED FROM A ▮▮▮▮▮▮ ESTATE.

LINES 162, 163, 164, 165, 92, 95 AND 142 ARE ALL ASSOCIATED WITH VANGUARD 500 INDEX FD ADMIRAL SHS AND REPORT ALL 2013 ACTIVITY FOR THIS MUTUAL FUND INVESTMENT. THERE WAS NOT ENOUGH ROOM TO REPORT ALL OF THE 2013 ACTIVITY ON LINE 162, SINCE TRANSACTIONS OCCURED ON SEPARATE DATES DURING 2013, AND THEREFORE, LINES 163, 164, 165, 92, 95 AND 142 WERE ALSO USED.

PART I. POSITIONS: JUDGE DLOTT SERVES AS CO REPRESENTATIVE OF HER ▮▮▮▮▮▮ ESTATE - SHE HAS NO INTEREST IN THE TRUST AND DOES NOT MANAGE OR CONTROL THE ASSETS OF THE TRUST - SO THERE IS NOTHING REPORTED ON INVESTMENT TAB IN ACCORDANCE WITH FILING INSTRUCTIONS.

PART I. POSITIONS: JUDGE DLOTT SERVES AS EXECUTOR OF HER ▮▮▮▮▮▮ ESTATE - SHE HAS NO INTEREST IN THE TRUST AND DOES NOT MANAGE OR CONTROL THE ASSETS OF THE TRUST - SO THERE IS NOTHING REPORTED ON INVESTMENT TAB IN ACCORDANCE WITH FILING INSTRUCTIONS.

PART I. POSITIONS: THE POSITION AS GENERAL MANAGER OF AVENTURA, LLC REPORTED ON LINE 3 WITHIN THE 2012 FDR WAS REMOVED FROM THE 2013 POSITIONS LISTING AS REAL ESTATE HELD BY AVENTURA, LLC WAS SOLD IN 2012 AS REPORTED WITHIN THE 2012 FDR.

JUDGE DLOTT FILES A TAX RETURN SEPERATE FROM HER ▮▮▮▮▮▮ (I.E. NOT A JOINT TAX RETURN). AS SUCH, THE ASSETS OF HER ▮▮▮▮▮▮ ARE NOT REPORTED WITHIN THIS FEDERAL DISCLOSURE REPORT, WHICH IS CONSISTENT WITH HISTORICAL FILINGS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN J. DLOTT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544